## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GLORIA INFURNA,** ) | |
| **LORI A. CIANCIULLI,** ) | |
|     **Plaintiffs** ) | |
| ) | |
| v. ) | Civil Action 07-10653-DPW |
| ) | |
| ) | |
| **BUREAU OF COLLECTION RECOVERY, INC.**) | |
|     **Defendant** ) | |

## NOTICE OF DISMISSAL

Plaintiffs voluntarily dismiss this action with prejudice.

                          GLORIA INFURNA
                          LORI A. CIANCIULLI
                          By their attorney:

                          */s/Kenneth D. Quat*
                          BBO #408640
                          QUAT LAW OFFICES
                          9 Damonmill Square, Suite 4A-4
                          Concord MA 01742
                          978-369-0848
                          kquat@quatlaw.com